stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.

SEPTEMBER 19, 1992

No. A–189 (O. T. 1992). PRICE v. NORTH CAROLINA. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, granted pending the timely filing and disposition by this Court of a petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay terminates automatically. In the event the petition for writ of certiorari is granted, this stay shall continue pending the issuance of the mandate of this Court.

SEPTEMBER 21, 1992

No. 92–5914 (A–232). DEMOUCHETTE v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE BLACKMUN and JUSTICE STEVENS would grant the application for stay.

SEPTEMBER 22, 1992

No. A–201 (O. T. 1992). SLAGLE v. TERRAZAS ET AL. D. C. W. D. Tex. Application for stay, presented to JUSTICE SCALIA, and by him referred to the Court, denied.

No. 92–5939 (A–241). DEMOUCHETTE v. TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.